

FILED
SEP 26 2012
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHANNON NEISWONGER,

    Defendant.

2:12-CR-281-PMP (CWH)

## ORDER OF FORFEITURE

On September 26, 2012, defendant SHANNON NEISWONGER pled guilty to a One-Count Criminal Information charging her in Count One with Conspiracy to Commit Wire Fraud in violation of Title 18, United States Code, Section 1343 and Title 18, United States Code, Section 371 and agreed to the forfeiture of property set forth in the Forfeiture Allegation in the Criminal Information.

This Court finds that SHANNON NEISWONGER shall pay a criminal forfeiture money judgment of $1,087,835.99 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461.

. . .

. . .

. . .

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from SHANNON NEISWONGER a criminal forfeiture money judgment in the amount of $1,087,835.99 in United States Currency.

DATED this 26 day of Sept, 2012.

_____
UNITED STATES DISTRICT JUDGE